IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

---

ROBERT M. BOUGHTON,

    Plaintiff,

v.                                                        Case No. 1:20-cv-00542-KWR-SCY

U.S. BANK NATIONAL ASSOCATION,

    Defendant.

## JUDGMENT

**THIS MATTER** comes before the Court upon Defendant's Motion for Summary Judgment, filed January 11, 2021 **(Doc. 23)**. Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this judgment, the Court finds that summary judgment should be entered in Defendant's favor, disposing of all claims in this case.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that summary judgment is entered in Defendant's favor on all claims in this case, thus disposing of this case in its entirety.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE